# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY BERNSTEN,<br>     Plaintiff,<br>v.<br>RITE AID PHARMACY, ET AL.,<br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C05-5097JKA |

   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Defendants' Motions for Summary Judgment of Dismissal and for Summary Judgment on Counterclaim are GRANTED.**


August 15, 2005  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk