**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

TERRY BERNSTEN,

        Plaintiff,

v.

RITE AID, et al.,

        Defendants.

**Case No.** C05-5097 JKA

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

THIS MATTER comes before the court on Plaintiff's Motion for Reconsideration. Specifically plaintiff asks the court to reconsider that portion of the Summary Judgement Order of August 12, 2005 where the Court granted defendants' counterclaim for statutory damages pursuant to RCW 4.24.510 .

Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention with reasonable diligence. Local Rules W.D. Wash. 7(h). No such showing has been made.  Pursuant to Rule 7(h)(3) no response is requested by the court.

*__Plaintiff's motion for reconsideration is denied__*.

Dated this 6th[th] day of September, 2005

/s/ J. Kelley Arnold_____
U.S. Magistrate Judge, J. Kelley Arnold

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10  September 6, 2005
11
12
13
14
15  _____
    J. Kelley Arnold, U.S. Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2